UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

NORMAN BRANTLEY,           ) CV 08-6388-DMG (SH)
                           )
                           ) JUDGMENT
           Petitioner,     )
                           )
     v.                    )
                           )
JOHN MARSHALL, Warden,     )
                           )
           Respondent.     )
_____)

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of *Habeas Corpus* is denied and the action is dismissed with prejudice.

DATED: May 23, 2011

*/s/ Dolly M. Gee*

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1